SCWC-13-0000033

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FEDERAL LAND BANK ASSOCIATION OF HAWAIʻI, FLCA,
Respondent/Plaintiff-Appellee,

vs.

MORTON E. BASSAN, JR., also known as Morton Bassan, Jr. and
as Morton Bassan, and KEIKO BASSAN,
Petitioners/Defendants-Appellants,

and

CITRUS MANAGEMENT SERVICES, INC., ORCHARD SERVICES, INC.,
BANK OF HAWAIʻI, STATE OF HAWAIʻI, acting by and through its
Department of Agriculture, HAWAII ELECTRIC LIGHT COMPANY, INC.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000033; CIV. NO. 05-1-0193)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The application for a writ of certiorari, filed on July 15, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 7, 2013.

Morton and Keiko Bassan
petitioners pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

